Jonathan M. Genish (State Bar No. 259031)
Miriam Schimmel (State Bar No. 185089)
mschimmel@blackstonepc.com
Joana Fang (State Bar No. 309623)
jfang@blackstonepc.com
Alexandra Rose (State Bar No. 329407)
arose@blackstonepc.com
Jared C. Osborne (State Bar No. 335968)
josborne@blackstonepc.com
**BLACKSTONE LAW, APC**
8383 Wilshire Boulevard, Suite 745
Beverly Hills, California 90211
Tel: (310) 622-4278/ Fax: (855) 786-6356

Attorneys for Plaintiff STEFAN RICHTER, individually, and on behalf of other similarly situated employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFAN RICHTER, individually, and on behalf of other similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>DELUXE MEDIA INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:24-cv-4835-MWC(MARx)<br><br>Hon. Michelle Williams<br>United States District Judge<br><br>**NOTICE OF SETTLEMENT**<br><br>Original Complaint Filed: April 22, 2024<br>Removal Date: June 7, 2024<br>Final Pretrial Conf.: September 4, 2025 |

1
**NOTICE OF SETTLEMENT**

**TO THE HONORABLE COURT:**

Pursuant to Local Rule 40-2, Plaintiff STEFAN RICHTER ("Plaintiff") hereby provides notice that Plaintiff and Defendant DELUXE MEDIA INC. ("Defendant") (jointly, the "Parties") have reached a settlement in principle of Plaintiff's individual claims, subject to the preparation and execution of a long-form settlement agreement that the Parties are in the process of finalizing, and which settlement will result in a dismissal of all claims in this action.

The Parties will hereafter request a dismissal of the class allegations without prejudice as to putative class members, but with prejudice as to Plaintiff's individual Labor Code, Business & Professions Code, FCRA and ICRAA claims via a Stipulation.

Given the pending settlement of this matter, and to conserve the Court's and Parties' resources, the Parties respectfully request that all future dates be vacated and no other dates be set in this matter.

DATED: February 26, 2025                    **BLACKSTONE LAW, APC**

By: /s/ Miriam L. Schimmel
    Miriam L. Schimmel
    Joana Fang
    Alexandra Rose
    Jared Osborne

    Attorneys for Plaintiff
    STEFAN RICHTER,
    individually, and on behalf of
    other similarly situated employees

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Stephany Sinaguinan, certify and declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 8383 Wilshire Blvd, Suite 745, Beverly Hills, California 90211. On February 26, 2025, I served a copy of the following document(s):

## **NOTICE OF SETTLEMENT**

on the interested parties as follows:

| | |
|---|---|
| Michele J. Beilke<br>Julia Y. Trankiem<br>Galit A. Knotz<br>**SEYFARTH SHAW LLP**<br>601 S. Figueroa Street, Suite 3300<br>Los Angeles, CA 90017<br>Telephone : (213) 270-9600<br>Facsimile : (213) 270-9601<br>Emails: mbeilke@seyfarth.com<br>         jtrankiem@seyfarth.com<br>         gknotz@seyfarth.com<br>         shundley@seyfarth.com | *Attorneys for* Defendant DELUXE MEDIA, INC. |

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING** – I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **FEDERAL** – I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

Executed on February 26, 2025 at Beverly Hills, California.

_____
Stephany Sinaguinan

**PROOF OF SERVICE**