| | |
|---|---|
| 1 | **SEYFARTH SHAW LLP** |
| 2 | Michele J. Beilke (SBN 194098) |
|   | mbeilke@seyfarth.com |
| 3 | Julia Y. Trankiem (SBN 228666) |
|   | jtrankiem@seyfarth.com |
| 4 | Galit A. Knotz (SBN 252962) |
| 5 | gknotz@seyfarth.com |
|   | 601 South Figueroa Street, Suite 3300 |
| 6 | Los Angeles, California 90017-5793 |
|   | Telephone:  (213) 270-9600 |
| 7 | Facsimile: (213) 270-9601 |
| 8 | Attorneys for Defendant |
|   | DELUXE MEDIA INC. |
| 9 | |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| STEFAN RICHTER, individually, and on behalf of other similarly situated employees, | Case No. 2:24-cv-04835 MWC(MARx) |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** |
| v. | |
| DELUXE MEDIA INC.; and DOES 1 through 25, inclusive, | Complaint Filed: April 22, 2024 |
| Defendants. | |

1

STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)

1  Plaintiff Stefan Richter and Defendant Deluxe Media Inc. (collectively, the
2  "Parties"), by their signatures below, and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal
3  Rules of Civil Procedure, hereby stipulate and agree that these matters should be and are
4  hereby dismissed as to Plaintiff Stefan Richter with prejudice and as to the putative class
5  employees without prejudice, with each party to bear his/its own attorneys' fees and
6  costs unless otherwise agreed.

**Stefan Richter**                                **Deluxe Media Inc.**

_____                          _____
                                                   BY:  Joyce Men, EVP, General Counsel

DATE: ___03/28/2025___                             DATE: __4/1/25__

DATED: April _1_, 2025

BLACKSTONE LAW, APC                                SEYFARTH SHAW LLP

By: /s/ Jared C. Osborne                           By: /s/ Julia Y. Trankiem
    Jonathan M. Genish                                 Michele J. Beilke
    Miriam Schimmel                                    Julia Y. Trankiem
    Joana Fang                                         Galit A. Knotz
    Alexandra Rose                                     601 South Figueroa Street, Suite 3300
    Jared C. Osborne                                   Los Angeles, CA 90017-5793
    8383 Wilshire Boulevard, Suite 745                 mbeilke@seyfarth.com
    Beverly Hills, CA 90211                            jtrankiem@seyfarth.com
    Telephone: (310) 622-4278                          gknotz@seyfarth.com
    Facsimile: (855) 786-6356                          Telephone: (213) 270-9768
                                                       Facsimile: (310) 282-6951
Attorneys for Plaintiff
STEFAN RICHTER                                     Attorneys for Defendant
                                                   DELUXE MEDIA INC.

# ATTESTATION

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 1, 2025

/s/Julia Y. Trankiem
_____
Julia Y. Trankiem